UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00399-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ABEL JUAN AMAYA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set for **Thursday, May 12, 2011 at 10:00 a.m.**

    Dated:  February 16, 2011