UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00399-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ABEL JUAN AMAYA,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Based on the Government's response, the Motion for Disclosure of Evidence (ECF No. 10) is **DENIED AS MOOT**.  The parties are ordered to contact my chambers not later than **Friday, May 27, 2011** in order to reset supervised release violation hearing.

      Dated:  May 18, 2011