UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00399-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  ABEL JUAN AMAYA,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A supervised release violation hearing is set for **Wednesday, June 29, 2011 at 2:00 PM.**

     Dated:  June 14, 2011